# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| JEAN COULTER, | : No. 414 WAL 2014 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| CHRISTINE GALE, FRANK GALE BAILS | : |
| MURCKO & POCRASS, ELAN WELTER | : |
| LEWIS AND THOMAS DOERR, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.